**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Thomas A. Fink                                                    CHAPTER 13
                                  Debtor(s)
                                                                         BKY. NO. 19-12720 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

    Respectfully submitted,

/s/ *Rebecca A. Solarz*
Rebecca Solarz
21 Oct 2020, 12:59:42, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322