**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


RE:                                      : BKY. NO.  **19-12720-MDC**
**THOMAS A. FINK**                       :
                                         : CHAPTER 13


<u>ORDER MODIFYING CHAPTER 13 PLAN AFTER CONFIRMATION</u>


    **AND NOW,** this     day of          , **2020**, upon Motion and after Notice

and Hearing, it is

    **ORDERED** that pursuant to 11 USC Section 1329, the Debtor's Modified Chapter 13 Plan

docket number **<u>51</u>** is approved.


                    BY THE COURT:


                    _____

                    **MADELINE D. COLEMAN**
                    CHIEF UNITED STATES BANKRUPTCY JUDGE