UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Thomas A. Fink,**  : No. 19-12720-MDC
           **Debtor** :
            : **Chapter 13**
            :

## **CERTIFICATION OF NO RESPONSE**

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to Debtor's Motion to Modify Plan.

BY: /s/ Michael P. Kelly
    MICHAEL P. KELLY, ESQ.
    402 MIDDLETOWN BLVD.
    SUITE 202
    LANGHORNE, PA. 19047