UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:                             : BKY. NO. **19-12720-MDC**
**THOMAS A. FINK**           :
                                : CHAPTER 13

### ORDER MODIFYING CHAPTER 13 PLAN AFTER CONFIRMATION

**AND NOW,** this 13th day of December, 2020, upon Motion and after Notice and Hearing, it is

**ORDERED** that pursuant to 11 USC Section 1329, the Debtor's Modified Chapter 13 Plan docket number 46 is approved.

BY THE COURT:

_____
**MAGDELINE D. COLEMAN**
CHIEF UNITED STATES BANKRUPTCY JUDGE