UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: THOMAS A. FINK  :  CHAPTER 13
: NO. 19-12720-MDC

## ORDER AWARDING SUPPLEMENTAL COUNSEL FEES AND/OR REIMBURSEMENT OF EXPENSES

**AND NOW,** upon consideration of Michael P. Kelly's Application for compensation and/or reimbursement of expenses, Notice given pursuant to Local Rule 2002-1,

it is **ORDERED and DECREED** that supplemental compensation in the amount of **$900.00** and reimbursement of expenses in the amount of **$0** are awarded for the period of time of **09/30/2020 to 12/15/2020.** The trustee is authorized to pay the supplemental amount due of **$900.00**.

BY THE COURT:    _Magdeline D. Coleman_            January 21, 2021
MAGDELINE D. COLEMAN                                                Dated
CHIEF U.S. BANKRUPTCY JUDGE