UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  **THOMAS A. FINK** | : No. 19-12720 |
| **Debtor** | : |
| | : **Chapter 13** |
| | : |
| **Freedom Mortgage Corp.** | : |
| v. | : |
| | : |
| **Thomas A. Fink,** | : |
| **Debtor** | : |
| | : |
| **Grace Fink, Co-Debtor** | : |

Response to Motion for Relief filed by **Freedom Mortgage Corp.**

Debtors, by and through their attorney, responds as follows:

Debtor has been approved for a forbearance.

WHEREFORE, it is respectfully requested that the Motion be DENIED.

By:  /S/Michael P. Kelly
402 Middletown Blvd.
Suite 202
Langhorne, Pa. 19047
215-741-1100
mpk@cowanandkelly.com