Certificate Number: 02921-PAE-DE-037323206

Bankruptcy Case Number: 19-12720



02921-PAE-DE-037323206

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 4, 2023, at 8:03 o'clock PM CDT, Thomas Fink completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 5, 2023    By:   /s/Jamie Lehman

Name: Jamie Lehman

Title: Counselor