**Fill in this information to identify the case:**

Debtor 1     **THOMAS A FINK**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

                                                           (State)

Case Number    **19-12720-DJB**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made      **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

**Part 1:**    **Mortgage Information**

**Name of claim holder:**   FREEDOM MORTGAGE CORPORATION

**Court claim no.**   (if known):
11

**Last 4 digits** of any number you use to identify the debtor's account:    6   6   6   5

**Property Address:**     2651 SUNNYSIDE AVENUE
                      Number       Street

                      LANGHORNE                           PA      19053
                      City                                      State    ZIP Code

**Part 2:**    **Statement of Completion**

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

**Part 3:**    **Arrearages**

|  | **Amount** |
|---|---|
| a.   Allowed amount of prepetition arrearage: | $      195.07 |
| b.   Total amount of prepetition arrearage disbursed by the trustee: | $      195.07 |
| c.   Total amount of postpetition arrearage disbursed by the trustee: | $      -0- |
| d.   Total amount of arrearages disbursed by the trustee: | $      195.07 |

**Part 4:**    **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:         $_____-0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:**    **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:         $_____-0-

**Part 6:**    **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✗ /s/ Kenneth E. West                                        Date ___03/03/2026___
   Signature

Trustee    Kenneth E. West
           First Name          Middle Name          Last Name

Address    190 N. Independence Mall West, Suite 701
           Number        Street

           Philadelphia                          PA      19106
           City                                  State   ZIP Code

Contact phone   (215) 627-1377          Email  info@ph13trustee.com

| Debtor 1 | **THOMAS A FINK** | Case Number **19-12720-DJB** | Page 1 |
|---|---|---|---|
| | Name | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 07/09/2021 | 2528768 | Disbursement To Creditor/Principal | 42.07 |
| 11 | FREEDOM MORTGAGE CORP | Secured Arrears Mortgage | 08/09/2021 | 2530207 | Disbursement To Creditor/Principal | 153.00 |
| | | | | | Total for Claim Number 11: | 195.07 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **195.07** |