United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12720-djb |
| Thomas A Fink | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 03, 2026 | Form ID: 138OBJ | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Thomas A Fink, 2651 Sunnyside Avenue, Langhorne, PA 19053-1962 |
| 14644475 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14324189 | | C/o FREEDOM MORTGAGE CORPORATION, Robert J. Davidow, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14555082 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14325985 | | Freedom Mortgage Corporation, c/o Robert J. Davidow, Esquire, 1617 JFK Boulevard Suite 1400, One Penn Center Plaza, Philadelphia, Pa 19103 |
| 14324399 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Esquire, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14315693 | + | Grace M. Fink, 2651 Sunnyside Avenue, Feasterville Trevose, PA 19053-1962 |
| 14414582 | + | Michael P Kelly, Esquire, 402 Middletown Blvd, Suite 202, Langhorne, PA 19047-1818 |
| 14327737 | + | TruMark Financial Credit Union, c/o Corinne Samler Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, Pa 19103-2945 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 04 2026 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2026 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14315689 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 04 2026 00:42:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 14317519 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 04 2026 00:42:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI. 02919 |
| 14315696 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 04 2026 00:42:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14344011 | | Email/PDF: bncnotices@becket-lee.com | Mar 04 2026 00:46:40 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14315686 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2026 00:46:41 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14353497 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2026 00:46:28 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14315687 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2026 00:56:52 | Citibank/Goodyear, Citibank Corp/Centralized Bankruptcy, Po Box 790034, Saint Louis, MO 63179-0034 |
| 14315688 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2026 00:56:56 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Mar 03, 2026 | Form ID: 138OBJ | Total Noticed: 34

| | | | |
|---|---|---|---|
| 14315690 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 04 2026 00:42:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14315691 | Email/Text: mrdiscen@discover.com | Mar 04 2026 00:42:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14322135 | Email/Text: mrdiscen@discover.com | Mar 04 2026 00:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14347824 | Email/Text: BNCnotices@dcmservices.com | Mar 04 2026 00:42:00 | Emergency Care Service of PA, P.C., PO Box 1123, Minneapolis, MN 55440-1123 |
| 14644476 | + Email/Text: Bankruptcy@Freedommortgage.com | Mar 04 2026 00:42:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14315692 | + Email/Text: Bankruptcy@Freedommortgage.com | Mar 04 2026 00:42:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 14352854 | + Email/Text: Bankruptcy@Freedommortgage.com | Mar 04 2026 00:42:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-8022 |
| 14315694 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 04 2026 00:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14315695 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2026 00:46:33 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14352965 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2026 00:46:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14349329 | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2026 00:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14316375 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2026 00:46:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14315697 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2026 00:46:39 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14315698 | + Email/Text: dbogucki@trumark.org | Mar 04 2026 00:42:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14350390 | + Email/PDF: ebn_ais@aisinfo.com | Mar 04 2026 00:46:26 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14315685 | | Best Buy/cbna |
| 14468335 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Mar 03, 2026                  Form ID: 138OBJ                        Total Noticed: 34

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor TruMark Financial Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com  mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MICHAEL P. KELLY | on behalf of Debtor Thomas A Fink mpkpc@aol.com  r47593@notify.bestcase.com |
| ROBERT J. DAVIDOW | on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 138OBJ* (6/24)–doc 86 – 83

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Thomas A Fink | ) | Case No. 19–12720–djb |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 3, 2026

For The Court

Mohung Wong
Clerk of Court